# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY MICHAEL GARDNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HOLLY, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:18-cv-00800-LJO-JDP<br><br>ORDER CHANGING TIME OF ADR CONFERENCE FROM 10:00 A.M. TO 9:30 A.M.<br><br>Date: **November 14, 2019**<br>Time: **9:30 a.m.**<br>Place: **Courtroom 8 (BAM)**<br>**Before the Honorable Barbara A. McAuliffe** |

This case was previously identified as an appropriate one for post-screening Alternative Dispute Resolution, and a settlement conference before Magistrate Judge Barbara A. McAuliffe was set for **November 14, 2019, at 10:00 a.m.** *See* ECF No. 23. The time of that conference is now changed to **9:30 a.m**. All other deadlines and details from the previous referral order, ECF No. 23, remain the same.

IT IS SO ORDERED.

Dated:　October 9, 2019　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

No. 205

1