UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY MICHAEL GARDNER,<br><br>   Plaintiff,<br><br>v.<br><br>HOLLY and CHUA,<br><br>   Defendants. | Case No. 1:18-cv-00800-LJO-JDP<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE JEREMY MICHAEL GARDNER, CDCR # BE8100<br><br>DATE: November 14, 2019<br>TIME: 9:30 a.m.<br>LOCATION: U.S. District Court, 2500 Tulare Street, Fresno, California, 93721, in Courtroom 8 |

**Jeremy Michael Gardner**, **CDCR # BE8100**, a necessary and material witness on his own behalf in proceedings in a settlement conference on November 14, 2019, is confined at California Correctional Institution, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate at U.S. District Court, 2500 Tulare Street, Fresno, California, 93721, in Courtroom 8, on November 14, 2019 at 9:30 a.m.

## ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, California Correctional Institution, P.O. Box 1031, Tehachapi, CA 93581:**

**WE COMMAND** you to produce the inmate named above, along with any necessary legal property, to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:     October 29, 2019                                   /s/ Jeremy Peterson
                                                    UNITED STATES MAGISTRATE JUDGE

