

**FILED**

NOV 14 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ EV
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY MICHAEL GARDNER, | ) Case No.: 1:18-cv-00800-LJO-JDP (PC) |
| Plaintiff, | ) |
| v. | ) ORDER THAT INMATE JEREMY MICHAEL GARDNER IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE |
| CALIFORNIA FORENSICS MEDICAL | ) WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| GROUP, *et al.*, | ) |
| Defendants. | ) |

Plaintiff Jeremy Michael Gardner is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on November 14, 2019. Inmate Jeremy Michael Gardner, CDCR #BE-8100, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

DATE: __11/14/19__ _____
UNITED STATES MAGISTRATE JUDGE