UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY MICHAEL GARDNER,<br><br>Plaintiff,<br><br>v.<br><br>HOLLY and CHUA,<br><br>Defendants. | Case No. 1:18-cv-00800-LJO-JDP<br><br>ORDER DIRECTING THE PARTIES TO CONTINUE SETTLEMENT DISCUSSION AND STAYING THE CASE FOR AN ADDITIONAL THIRTY DAYS |

Plaintiff Jeremy Michael Gardner is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On November 14, the parties held a confidential settlement conference before Magistrate Judge Barbara A. McAuliffe. The court has now received a settlement offer from one of the parties.

The parties are directed to continue settlement discussions, and must report to the court (via individual or joint statements) on the outcome or state of those discussions within thirty days of this order. I stay the case for an additional thirty days to allow those discussions to continue.

IT IS SO ORDERED.

Dated: November 21, 2019
_____
UNITED STATES MAGISTRATE JUDGE

1

No. 205.