UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY MICHAEL GARDNER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HOLLY and CHUA,<br><br>　　　　　Defendants. | Case No. 1:18-cv-00800-NONE-JDP<br><br>ORDER DIRECTING THE CLERK'S OFFICE TO CLOSE THE CASE<br><br>ECF No. 32 |

　　　　On February 27, 2020, the parties filed a stipulation of dismissal. ECF No. 32. The stipulation is signed by all parties who have appeared. The court therefore directs the clerk's office to close the case.

IT IS SO ORDERED.

Dated: 　March 2, 2020　　　　　　　　　　　　　　　／s／ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

No. 205.